RECEIVED
DEC - 8 2021
AT 8:30____M
WILLIAM T. WALSH
CLERK

Charles A. Lawson
Cumberland County Jail
54 West Broad st.
Bridgeton, NJ. 08302

Date December 2, 2021

CLERK, US DISTRICT CORT
Mitchell H. Cohen US Corthouse
4th and Cooper Streets
Room 1050
Camden, NJ 08101-2797

RE: "Order For STAY"
Lawson, Wilcox v Freeholders
Lawson v. Warden, Cumberland
County Jail 1:21 cv 03125
RBK

Dear Honorable Judiciary;

I'm writing you in regards to the above captioned matter, respectfully asking for your consideration.

I believe the Cumberland County Jail is in transition in terms of sending Cumberland inmates to Hudson County.

I am not just a similarly

sittuated inmate part of A class action civil dispute, I am also A plaintiff and headliner in my own civil complaint against the jail, Freeholders, CFG, etc.

I truly believe that If I am moved I will be a target in a new County jail, frowned upon as a troublemaker. I am 51 years old and in the Steps to freedom which is a Drug Program in the jail. This transition will compromise my Treatment as well as my saftey your honor.

Also I am awaiting pro bono counsel from the District court, which has already been approveed under the Tebbron Factor. My circumstances are identical to Brown v. Freeholders Sir as I already indicated.

In the interest of Justice and the fundamental of fairness and good cause shown I ask you to Grant me a Order of STAY.

yours truly
Charles Lawson




# CUMBERLAND COUNTY
DEPARTMENT OF CORRECTIONS
STEPS TO FREEDOM THERAPEUTIC SUBSTANCE ABUSE AND RE-ENTRY PROGRAM
54 West Broad Street
Bridgeton, NJ 08302
(856) 453-4678
Fax: (856) 453-4597

Loretta Brunson, LCADC, CCS
Project Director


RECEIVED
DEC - 8 2021
AT 8:30 M
WILLIAM T. WALSH
CLERK

## CONTINUING CARE PLAN

Client Name: Charles Lawson | Date of Intake: 09-17-20
Referral Source: RSAT | Treatment Start Date: 09-17-20
Plan Date: 09-17-20

| | | | |
|---|---|---|---|
| 1. | **Acute Intoxication and Withdrawl Potential** | | Status: |
| | Problem: | Client has been in a controlled environment and has submitted negative urine screens | |
| | Goal: | continue to live a sober happy life. Continue submitting negative urine screens | Target Date: 10-30-20 |
| | Objective: | Client has been in a controlled environment and has submitted negative urine screens | Target Date: 10-30-20 |
| | Methods: | Attend AA/NA meetings while you are in ~~the community to assist in~~ sobriety and maintaining negative urine screens Client will make appointment for continued treatment at First Step ( 856-451-3727 ) IOP | |
| 2. | **Biomedical Conditions and Complications** | | Status: |
| | Problem: | Client reported no medical problems at this time, however reported he has not had a physical in over 3 years. | |
| | Goal: | Begin to care for physical body by exercising regularly and eating healthy as possible. Understand connection between drug use and health. | Target Date: 10-30-20 |
| | Objective: | Client will make appointment at complete Care ~~for insurance, physical~~ and continued mental health treatement. | Target Date: 10-30-20 |
| | Methods: | access health insurance he obtained Complete Care 856-451-4700 Client will ~~continue to eat a healthy~~ diet and ~~drink water. Client will~~ continue to submit negative UDS. Client will Contact the Free Nutrition Counseling 609-501-0862 Understand how alcohol and drugs can negatively impact health. | |
| 3. | **Emotional/Behavioral/Cognitive Conditions and Complications** | | Status: |
| | Problem: | Client has problems with negative thinking and impulse control. Client reported a history of abuse that he reports was never addressed. | |
| | Goal: | Be able to control impulse to act out by using techniques learned in treatment in his everyday life. Client will start to address the abuse he went through as a child. | Target Date: 10-30-20 |
| | Objective: | Practice controlling your addictive and criminal thinking and impulsive behaviors on an on-going basis. | Target Date: 10-30-20 |
| | Methods: | Get a Sponsor, get involved with the AA/NA fellowship, to assist with cravings and impulsive behavior. Get a Sponsor, get involved with the AA or NA fellowship, to assist with cravings and impulsive behavior. 90 meeting in 90 days | |
| 4. | **Readiness to Change - Treatment Acceptance and Resistance** | | Status: |
| | Problem: | Appears to be in the Preparation Stage of change | |
| | Goal: | Client will move into the Action Stage | Target Date: 10-30-20 |
| | Objective: | Follow the Right Living Principles | Target Date: 10-30-20 |
| | Methods: | | |
| 5. | **Relapse/Continued Use/Continued Problem Potential** | | Status: |
| | Problem: | Client has a history of relapse; difficulty with managing behaviors that lead to incarceration and other life problems. | |
| | Goal: | Be able to keep substance use disorder in remission | Target Date: 10-30-20 |
| | Objective: | attend self-help meetings in the facility, begin to learn and apply principles Client will continue to submit Negative UDS. | Target Date: 10-30-20 |
| | Methods: | make appointment at First Step for continued treatment 856-451-3727 | |
| 6. | **Recovery Environment** | | Status: |
| | Problem: | Client has little to no positive supportive network. | |
| | Goal: | Client will has a strong supportive network | Target Date: 10-30-20 |
| | Objective: | Contact and attend scheduled appointments at the the Worforce Development office located at Cumberland County DOC Miss Solinik 856-453-4566 | Target Date: 10-30-20 |
| | Methods: | ~~If you cannot get to a~~ meeting or talk to your sponsor call NA they are available 24 hours a day 1-800-992-0401 or Southern New Jersey AA 1-800-604-4357 90 meetings in 90 days. ask for phone numbers and call 5 people daily. ~~ASK FOR HELP~~ | |

Charles Lawson
54 West Broad St.
Bridgeton, NJ 08302

FOREVER USA PURPLE HEART

RECEIVED
DEC - 8 2021
AT 8:30 M
WILLIAM T. WALSH
CLERK

Clerk, US District Cort
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry PLAza
4th & Cooper Streets
Camden, NJ 08101-2797