Charles Lawson #48710
Cumberland Canty Jail
54 West Broad St.
Bridgeton, N.J 08302

December 16, 2021

Clerk of the Cart
Mitchell H. Cohen Building
U.S. Carthouse
Fourth and Cooper Streets
Camden, NJ. 08101

RECEIVED
JAN - 6 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: Re-Open This Action
Civ. No. 21-3125 (NLH)
$5.00 filing Fee Civil Rule 81.2(c) Complete Affidavit of poverty form, certification signed by authorized officer of Institution (present account) as well as (past account) prior to The date of certification "Granted Pro bono Counsel"

Dear Clerk,

Please Re-open above captioned matter based on the subsequent.

I have paid the $350.00 to the Carts in this matter entrusting all neccessary

fees to proceed in accordance with Civil procedure, To the appropriate official of the prison who has dilligently honored the courts Demands.

  I now at this Time instruct the institution official whom handles my financial account to submit an additional $5.00 filing fee pursuant to Civil Rule 81.2(c).

  For convenience I will submit another Affidavit of Poverty althaugh I have paid in full the neccessary $350.00.

respectfully submitted

*[signature]*

Note: "Plaintiff has been aproved of pro bono counsel and for good cause Shawn moves the court to proceed accordingly and accept this letter/ Legal memorandum nen pro tunc"