THIS FORM IS FOR USE BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A HABEAS CORPUS CASE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Charles A. Lawson
(Petitioner in this action)

: AFFIDAVIT OF POVERTY and
: CERTIFICATION
: (HABEAS CORPUS)

v.

: Civil Action No. 21 - 3125 (NLH)
(To be supplied by the Clerk of the Court)

Warden, Cumberland County Jail

: DNJ-Pro Se-007-B-(Rev. 09/09).

RECEIVED
JAN - 6
AT 8:30
WILLI...

(Warden and other Respondent(s))

**Instructions:**

A prisoner who seeks to proceed in forma pauperis in a habeas corpus case must submit to the Clerk: (1) a completed affidavit of poverty; and (2) a certification signed by an authorized officer of the institution certifying (a) the amount presently on deposit in the prisoner's prison account, and (b) the greatest amount on deposit in the prison account during the six month period prior to the date of the certification. See Local Civil Rule 81.2(b).

If the prison account of any petitioner exceeds $200.00, then the prisoner is not eligible to proceed in forma pauperis in a habeas case, and the application will be denied. The prisoner then, if (s)he wishes to file a habeas petition, must pay the filing fee of $5.00. See Local Civil Rule 81.2(c).

To submit an application to proceed in forma pauperis in a habeas case, the prisoner must complete all questions in the following affidavit, sign and date the affidavit, and then obtain the signature of the appropriate prison official who certifies: (1) the amount presently on deposit in the prisoner's prison account; and (2) the greatest amount on deposit in the prisoner's prison account during the six month period prior to the date of the certification. See Local Civil Rule 81.2(b).

If the application to proceed in forma pauperis is incomplete, then the Court may enter an order denying the application without prejudice and administratively terminating the case.

DNJ-ProSe-007-B-(Rev. 09/09)

THIS FORM IS FOR USE BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A HABEAS CORPUS CASE

In support of this application, I state the following under the penalty of perjury:

1. I, Charles Lawson (print your name), declare that I am the Petitioner in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefore, I state that because of my poverty, I am unable to prepay the $5.00 filing fee, to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief.

2. The nature of my petition is briefly stated as follows:

    To proceed in accordance with Civil procedure.

3. List dates and places of confinement for the immediately preceding six months:

    Dates of Confinement         Places of Confinement
    July 4, 2020                 present

4. Are you employed at your current institution?                              ☐ Yes    ☒ No

    Do you receive any payment or money from your current institution?        ☐ Yes    ☒ No

    If Yes, state how much you receive each month: _____

5. In the past 12 months, have you received any money from any of the following sources?

    |   | Source | Yes/No | Amount |
    |---|--------|--------|--------|
    | a. | Business, profession, or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest, or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities, or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☐ No |

6. Other than your prison account, do you have cash or a checking or savings account in your name?
                                                                              ☐ Yes    ☒ No
    If "Yes," state the total in the account at this time: N/A

THIS FORM IS FOR USE BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A HABEAS CORPUS CASE

7. Do you own any other assets or property? ☐ Yes ☒ No

   If "Yes," please describe: _N/A_

8. I, __Charles Lawson__
   (Print or Type Name and Number of Prisoner)

   declare under penalty of perjury that the aforesaid statements made by me are true and correct.

   12/16/2021
   DATE

   _____
   SIGNATURE OF PRISONER

THIS PORTION OF YOUR APPLICATION SHALL NOT BE LEFT BLANK.
IF THIS PORTION IS NOT COMPLETED, YOUR APPLICATION MAY BE DENIED WITHOUT PREJUDICE

## CERTIFICATION SIGNED BY PRISON OFFICIAL

I, __Eugene J Caldwell__ (print name), certify that the amount presently on deposit in the above named prisoner's prison account is __Zero 0__ (specify amount), and that the greatest amount on deposit in the prisoner's prison account during the six-month period prior to the date of this certification is $__2699.38__ (specify amount).

12/27/21
DATE

_____ (Signature)

_____ (Title)

Charles Lawson
54 West Broad St.
Bridgeton, NJ. 08302



Clerk of The Court
Mitchell H. Cohen Building
U.S. Courthouse
Fourth and Cooper Streets
Camden, NJ 08101